UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TARA THRALLS<br><br>        Plaintiff,<br><br>    v.<br><br>SUSAN KULI<br><br>        Defendant. | Case No. 14cv02815 (NJV)<br><br>**ORDER** |

Plaintiff filed this action on June 23, 2014. *See* Compl. Doc. 1. The Affidavit of Service (Doc. 7) states that the Summons and Complaint were served on Defendant on June 30, 2014, making Defendant's responsive pleading due on or before July 21, 2014. *See* Fed. R. Civ. P. 12(a). As of the date of this Order, no responsive pleading has been filed.

On June 24, 2104, this court entered an Initial Case Management Scheduling Order (Doc. 3), setting the Case Management Statement due by September 16, 2014, and a Case Management Conference for September 23, 2014 at 2:00 p.m.. No Case Management Statement has been filed and neither party appeared for the hearing. While the court understands that the Case Management Statement could not be filed without participation by Defendant, the court would expect Plaintiff to, at the very least, inform the court of this issue and seek relief from the deadline. Moreover, the court would also expect Plaintiff to attend a scheduled hearing, at which, the court would have inquired of Plaintiff as to the status of this case.

Defendant has failed to respond to the Complaint, and Plaintiff has failed to comply with the orders of this court. Thus, the court is left to wonder as to the viability of this action.

Accordingly, it is

1     **ORDERED** that Plaintiff shall, ***on or before October 3, 2014***, file a notice with the court,
2 informing the court as to whether she intends to prosecute this action and updating the court as to
3 the status of this case.
4     **IT IS SO ORDERED**.
5 Dated: September 25, 2014



NANDOR J. VADAS
United States Magistrate Judge