UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TARA THRALLS<br><br>  Plaintiff,<br><br>  v.<br><br>SUSAN KULI<br><br>  Defendant. | Case No. 14cv02815 (NJV)<br><br>**ORDER FOR STATUS** |

On October 3, 2014, in response to this court's Order (Doc. 8), Plaintiff filed a Notice informing the court that a "dismissal with prejudice appears likely imminent and likely to be filed within the next two weeks." (Doc. 9). No such dismissal has been filed.

Accordingly, it is

**ORDERED** that Plaintiff shall, *on or before November 7, 2014*, file a status update with the court.

**IT IS SO ORDERED**.

Dated: October 30, 2014

_____
NANDOR J. VADAS
United States Magistrate Judge