UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

TARA THRALLS,

    Plaintiff,

  v.

SUSAN KULIS,

    Defendant.

Case No.  14-cv-02815-NJV

**ORDER**

Re: Dkt. No. 11

On November 7, 2014, Plaintiff filed a Status Report (Doc. 11) informing the court that the parties are in the process of reaching a settlement in this matter.

Accordingly, it is ORDERED that:

(1) Plaintiff shall, *on or before January 6, 2015*, file a Notice of Voluntary Dismissal; or (2) the parties shall, *on or before January 6, 2015*, file a Joint Stipulation of Dismissal; and (3) this matter is set for a status conference on January 13, 2015, at 1:00 p.m., counsel is instructed to call 888-684-8852 and enter access code 1868782.

**IT IS SO ORDERED**.

Dated: December 18, 2014

_____
NANDOR J. VADAS
United States Magistrate Judge